### 11654. JORDAN v. FOWLER.

SMITH, J. In a petition for slander, where the petition alleged that the defendant, in the presence of third persons, used the following language, referring to the plaintiff: "William Pinkney Jordan is a low down lying yellow dog;" "William Pinkney Jordan is a low down yellow son of a bitch;" "William Pinkney Jordan is a damn low down yellow rotten dog," and the petition failed to allege any special damage to the plaintiff from these statements, which he alleged were false and malicious, the case came under the fourth division of section 4433 of the Civil Code (1910), which section, defining "slander," concludes as follows: "fourth, any disparaging words productive of special damage flowing naturally therefrom. In the latter case, the special damage is essential to support the action." The court therefore did not err in sustaining a general demurrer and dismissing the suit. See *Ford* v. *Lamb*, 116 *Ga.* 655 (42 S. E. 998), and cases there cited; *Jones* v. *Bush*, 131 *Ga.* 421 (62 S. E. 279); *Dalton* v. *Higgins*, 34 *Ga.* 433; *Morris* v. *Evans*, 22 *Ga. App.* 11 (95 S. E. 385).

    *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

        DECIDED OCTOBER 13, 1920.

Action for damages; from Cobb superior court — Judge Blair. June 16, 1920.

On general demurrer the trial judge dismissed the action, "being of the opinion that an allegation of special damage is necessary to the setting forth of a cause of action, and that no cause of action is set forth."

*Clay & Blair,* for plaintiff.

*Abbott & Wallace,* for defendant.

---

### 11658. WAXELBAUM & BROTHERS INCORPORATED v. LIVINGSTON.

SMITH, J. While the evidence was conflicting, there was ample evidence to support the verdict rendered, and, the motion for a new trial being based on general grounds only, this court cannot interfere with the judgment of the lower court overruling the motion for a new trial.

    *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

        DECIDED OCTOBER 13, 1920.

Complaint; from Webster superior court — Judge Littlejohn. May 22, 1920.

*M. A. Walker,* for plaintiff in error.

*J. F. Souter,* contra.